**ROBERT H. HENSSLER, JR.**
California Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Robert_Henssler@fd.org

Attorneys for Mr. Mojica-Peralta

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE RUBEN B. BROOKS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07MJ2369 |
| Plaintiff, | |
| v. | **WITHDRAWAL OF DOCUMENT** |
| **FELIX MOJICA-PERALTA**, | |
| Defendant. | |

The Defendant, Felix Mojica-Peralta, by and through his attorneys, Robert R. Henssler, Jr. and Federal Defenders of San Diego, Inc hereby requests that this Court authorize the withdrawal of document number 4 from the clerks record due to a typographical error.

Respectfully submitted,

Dated: October 18, 2007      /s/ *Robert R. Henssler, Jr.*
**ROBERT R. HENSSLER, JR.**
California Bar No. 216165
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Robert_Henssler@fd.org

Attorneys for Mr. Mojica-Peralta

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED:  October 18, 2007            */s/ Robert R. Henssler, Jr.*
                                    **ROBERT R. HENSSLER, JR.**
                                    Federal Defenders of San Diego, Inc.
                                    Robert_Henssler@fd.org