1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Mr. Mojica-Peralta

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE RUBEN B. BROOKS)**

11 UNITED STATES OF AMERICA,              )  Case No.  07MJ2369
                                          )
12      Plaintiff,                        )
                                          )
13 v.                                     )  **NOTICE OF APPEARANCE**
                                          )
14 **FELIX MOJICA-PERALTA**,              )
                                          )
15                                        )
        Defendant.                        )
16 _____)

17      Pursuant to implementation of the CM/ECF procedures in the Southern District of California ,

18 Robert R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead

19 counsel in the above-captioned case.

20                                   Respectfully submitted,

21

22 Dated:  October 19, 2007           /s/   *Robert R. Henssler, Jr.*
                                      **ROBERT R. HENSSLER, JR.**
23                                    California Bar No. 216165
                                      Federal Defenders of San Diego, Inc.
24                                    225 Broadway, Suite 900
                                      San Diego, CA  92101
25                                    Telephone: (619) 234-8467
                                      Facsimile: (619) 687-2666
26                                    Robert_Henssler@fd.org

27                                    Attorneys for Mr. Mojica-Peralta

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: October 19, 2007         */s/ Robert R. Henssler, Jr.*
                                 **ROBERT R. HENSSLER, JR.**
                                 Federal Defenders of San Diego, Inc.
                                 Robert_Henssler@fd.org

2