FILED
07 OCT 31 PM 4:46
CLERK, U.S. DISTRICT...
SOUTHERN DISTRICT OF CAL...

BY: ___pa___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> )  <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FELIX MOJICA-PERALTA, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 07CR2984BTM <br><br> **I N D I C T M E N T** <br><br> Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about October 2, 2007, within the Southern District of California, defendant FELIX MOJICA-PERALTA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

JJO:em:San Diego
10/31/07

1  It is further alleged that defendant FELIX MOJICA-PERALTA, was
2  removed from the United States subsequent to January 20, 2000.
3  DATED: October 31, 2007.

A TRUE BILL

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

2