1  KAREN P. HEWITT
   United States Attorney
2  ALESSANDRA P. SERANO
   Assistant U.S. Attorney
3  California State Bar No. 204796
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7084/(619) 557-7381 (Fax)
   Email: alessandra.p.serano@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    Criminal Case No. 07CR2984BTM
                                    )
11              Plaintiff,          )
                                    )    NOTICE OF APPEARANCE
12      v.                          )
                                    )
13 FELIX MOJICA-PERALTA,            )
                                    )
14              Defendant.          )
                                    )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 83.3.c.3-4.

20      The following government attorneys (who are admitted to practice in this court or authorized

21 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22 counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23 activity in this case:

24      Name (If none, enter "None" below)

25      None.

26

27

28

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        Name (If none, enter "None" below)

6        None.

7        Please call me if you have any questions about this notice.

8        DATED:  December 3, 2007.

9                                              Respectfully submitted,

10                                             KAREN P. HEWITT
                                               United States Attorney
11
                                               s/Alessandra P. Serano
12                                             ALESSANDRA P. SERANO
                                               Assistant United States Attorney
13                                             Attorneys for Plaintiff
                                               United States of America
14                                             Email: alessandra.p.serano@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Notice of Appearance
      United States v. Mojica-Peralta              2                          07CR2984

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR2984BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| FELIX MOJICA-PERALTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, ALESSANDRA P. SERANO, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    **Robert Henssler**
    Email: Robert_Henssler@fd.org

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on December 3, 2007.

                                        s/Alessandra P. Serano
                                        ALESSANDRA P. SERANO

3