```
 1  KAREN P. HEWITT
    United States Attorney
 2  ALESSANDRA P. SERANO
    Assistant U.S. Attorney
 3  California State Bar No. 204796
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, CA 92101-8893
 5  Telephone: (619) 557-7084

 6  Attorneys for Plaintiff
    United States of America
 7
 8
 9                      UNITED STATES DISTRICT COURT
10                    SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,       )   Criminal Case No. 07CR2984-BTM
                                    )
12              Plaintiff,          )   Date:  March 28, 2008
                                    )   Time:  11:30 a.m.
13         v.                       )
                                    )   GOVERNMENT'S MOTIONS IN LIMINE
14  FELIX MOJICA-PERALTA,           )   AND MOTIONS TO:
                                    )
15              Defendant.          )   (1)  EXCLUDE ALL WITNESSES
                                    )        EXCEPT CASE AGENT;
16                                  )   (2)  PROHIBIT REFERENCE TO
                                    )        WHY DEFENDANT REENTERED;
17                                  )   (3)  PROHIBIT REFERENCE TO
                                    )        PRIOR RESIDENCY;
18                                  )   (4)  PROHIBIT REFERENCE TO
                                    )        DOCUMENT DESTRUCTION/POOR
19                                  )        RECORD KEEPING BY INS;
                                    )   (5)  PROHIBIT REFERENCE TO
20                                  )        FINANCES, EDUCATION, HEALTH
                                    )        AND PUNISHMENT;
21                                  )   (6)  PRECLUDE EVIDENCE OF
                                    )        DURESS AND NECESSITY;
22                                  )   (7)  ADMIT EXPERT TESTIMONY;
                                    )   (8)  PRECLUDE EXPERT TESTIMONY
23                                  )        BY DEFENSE;
                                    )   (9)  ADMIT A-FILE DOCUMENTS;
24                                  )   (10) ADMIT 609 EVIDENCE;
                                    )   (11) RENEWED MOTION FOR
25                                  )        RECIPROCAL DISCOVERY;
                                    )   (12) ALLOW ATTORNEY CONDUCTED
26                                  )        VOIR DIRE;
                                    )   (13) PROHIBIT SELF-SERVING HEARSAY
27                                  )
                                    )
28
```

NOTICE OF MOTION

TO:   Christian de Olivas, Esquire, Counsel of defendant Felix Mojica-Peralta:

PLEASE TAKE NOTICE that on Friday, March 28, 2008, at 11:30 a.m., or as soon as thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Alessandra P. Serano, Assistant United States Attorney, will move the court for an order granting the Government's Motions In Limine and Motions.

MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Alessandra P. Serano, Assistant United States Attorney, will hereby move the court for an order granting the Government's above-referenced Motions In Limine and Motions.

DATED:   March 14, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Alessandra P. Serano

ALESSANDRA P. SERANO
Assistant U.S. Attorney