Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:  (714) 646-3721
Email: christian@deolivaslaw.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JUDGE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>FELIX MOJICA-PERALTA,<br><br>    Defendant | **CASE**: 307-cr-02984-BTM-1<br><br>**DATE**: _03/28/08<br><br>**TIME**:   11:30 AM<br><br>**CERTIFICATE OF SERVICE: MOTIONS TO SUPRESS** |

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.

2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Motion; Motions to Supress; Points and**

**Authorities** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    a. Assistant United States' Attorney

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on **March 21, 2008**.

**DATED**:  03/21/08        **SIGNED**:  /s/ Christian De Olivas

                                        CHRISTIAN DE OLIVAS

                                        ATTORNEY FOR DEFENDANT
                                        FELIX MOJICA-PERALTA