Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:  (714) 646-3721
Email: christian@deolivaslaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JUDGE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FELIX MOJICA-PERALTA,<br><br>　　　　Defendant | **CASE**: 307-cr-02984-BTM-1<br><br>**DATE**: _03/28/08<br><br>**TIME**:　11:30 AM<br><br>**CERTIFICATE OF SERVICE RE: NOTICE OF MOTION; MOTIONS IN LIMINE; POINTS AND AUTHORTIES** |

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.

2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Motion; Motions in Limine; Points and**

**Authorities** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    a.  Assistant United States' Attorney

3.  I declare under penalty of perjury that the foregoing is true and correct. Executed on **March 21, 2008**.

**DATED**:   03/21/08　　　　　　　**SIGNED**:   */s/ Christian De Olivas*

                                                  CHRISTIAN DE OLIVAS

                                                  ATTORNEY FOR DEFENDANT
                                                  FELIX MOJICA-PERALTA